Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−23758−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginald William Atkins
   624 East Third Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−0705

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on .

   On 8/16/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    September 13, 2018
Time:                   09:00 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 17, 2018
JAN: wdh

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Reginald William Atkins
    Debtor

Case No. 18-23758-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2018
                      Form ID: 185    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db             +Reginald William Atkins,    624 East Third Avenue,    Roselle, NJ 07203-1557
517635961     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413)
517635962      +Capital One Auto Finance,    2525 Corporate Place,    Suite 250,    Monterey Park, CA 91754-7676
517635963      +Cynthia Atkins,    624 East 3rd Avenue,    Roselle, NJ 07203-1557
517635964      +KLM Law Group,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
517635965      +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517635966       Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517655535      +U.S. Department of Housing and Urban Development,    451 7th St., S.W.,
                 Washington DC 20410-0002
517635968      +Wells Fargo Bank Card,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 22:28:51     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 22:28:50     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 17 2018 22:30:47
                  CAPITAL ONE Auto Finance a division of Capital One,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517640293       E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2018 22:28:32     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
517635960       E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2018 22:28:32     Ally Financial Auto Loan,
                  PO Box 9001951,    Louisville, KY 40290-1951
517665404      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 17 2018 22:30:31
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept APS,
                  Oklahoma City, OK 73118-7901
517648658      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 17 2018 22:31:01
                  Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517635967       E-mail/Text: bkrpt@retrievalmasters.com Aug 17 2018 22:28:50     RMCB,    PO Box 1235,
                  Elmsford, NY 10523-0935
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
```
              Dana M. Hopke    on behalf of Debtor Reginald William Atkins rresq@comcast.net,
               dhopke1@comcast.net
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```