DANA M. HOPKE
30 FARLEY PLACE
SHORT HILLS, NJ  07078-3319

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 18-23758

| Re: | REGINALD WILLIAM ATKINS | Atty: | DANA M. HOPKE |
|---|---|---|---|
|  | 624 EAST THIRD AVENUE |  | 30 FARLEY PLACE |
|  | ROSELLE, NJ  07203 |  | SHORT HILLS, NJ  07078-3319 |

### RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2018 | $1,490.00 | 5117420000 | 09/17/2018 | $1,490.00 | 5231884000 |
| 11/01/2018 | $1,537.00 | 5355160000 | | | |

**Total Receipts: $4,517.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,517.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | 10/22/2018 | $2,890.60 | 812,165 | 12/17/2018 | $1,449.39 | 815,979 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 177.01 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 12,607.63 | 100.00% | 0.00 | 12,607.63 |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MIDFIRST BANK | MORTGAGE ARRE | 44,874.28 | 100.00% | 4,339.99 | 40,534.29 |
| 0007 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | RMCB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 500.00 | 100.00% | 0.00 | 500.00 |
| 0011 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WILLIAMSON AND  BROWN LLC | UNSECURED | 449.75 | 100.00% | 0.00 | 449.75 |

**Total Paid: $4,517.00**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $4,517.00  -  Paid to Claims: $4,339.99  -  Admin Costs Paid: $177.01  =  Funds on Hand: $0.00

**Chapter 13 Case # 18-23758**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.