| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In re:

**Reginald William Atkins**

Case No.: **18-23758**

Chapter: **13**

Adv. No.:

Hearing Date: February 28, 2019

Judge: John K. Sherwood

# CERTIFICATION OF SERVICE

1. I, Dana M. Hopke, Esq.:

    ☐ represent **Reginald William Atkins** in the this matter.

    ☑ am the attorney for Reginald William Atkins in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On February 18, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Amended Schedules D, E/F, I, J, and Amended Chapter 13 Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **February 18, 2019**

/s/ **Dana M. Hopke**
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ally Financial Auto Loan<br>PO Box 9001951<br>Louisville, KY 40290-1951 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One Auto Finance<br>2525 Corporate Place<br>Suite 250<br>Monterey Park, CA 91754 and<br>Mester & Schwartz, P.C.<br>1333 Race Street<br>Philadelphia, PA  19107 | Creditor/Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other facsimile<br>(as authorized by the court *) |
| KLM Law Group<br>216 Haddon Avenue<br>Suite 406<br>Collingswood, NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Midland Mortgage<br>PO Box 268959<br>Oklahoma City, OK 73126 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Overlook Medical Center<br>PO Box 35611<br>Newark, NJ 07193-5611 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **RMCB**<br>**PO Box 1235**<br>**Elmsford, NY 10523-0935** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Wells Fargo Bank Card**<br>**PO Box 14517**<br>**Des Moines, IA 50306** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Williamson and Brown, LLC**<br>**4691 Clifton Parkway**<br>**Hamburg, NY 14075** | **Attorney for Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy