Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−23758−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginald William Atkins
   624 East Third Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−0705

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 19, 2018.

On 2/18/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  March 28, 2019
Time:                 08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 19, 2019
JAN: sjp

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-23758-JKS
Reginald William Atkins                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2            Date Rcvd: Feb 19, 2019
                            Form ID: 185             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db          +Reginald William Atkins,    624 East Third Avenue,    Roselle, NJ 07203-1557
517635961   ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413)
517817345   +CONTINENTAL FINANCE,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
517635962   +Capital One Auto Finance,    2525 Corporate Place,    Suite 250,   Monterey Park, CA 91754-7676
517635963   +Cynthia Atkins,    624 East 3rd Avenue,   Roselle, NJ 07203-1557
517635964   +KLM Law Group,    216 Haddon Avenue,   Suite 406,    Collingswood, NJ 08108-2812
517756897   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517635965   +Midland Mortgage,    PO Box 268959,   Oklahoma City, OK 73126-8959
517635966    Overlook Medical Center,    PO Box 35611,   Newark, NJ 07193-5611
517655535   +U.S. Department of Housing and Urban Development,    451 7th St., S.W.,
              Washington DC 20410-0002
517635968   +Wells Fargo Bank Card,    PO Box 14517,   Des Moines, IA 50306-3517
517723172    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:10    U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:08    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 20 2019 02:11:24
              CAPITAL ONE Auto Finance a division of Capital One,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
517640293    E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2019 02:04:09    Ally Financial,
              PO Box 130424,   Roseville MN 55113-0004
517635960    E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2019 02:04:09    Ally Financial Auto Loan,
              PO Box 9001951,   Louisville, KY 40290-1951
517665404   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 20 2019 02:11:51
              Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept APS,
              Oklahoma City, OK 73118-7901
517648658   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 20 2019 02:10:53
              Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517969796    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 02:10:56
              Portfolio Recovery Associates, LLC,   PO Box 41067,    Norfolk, VA 23541
517969797    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 02:22:49
              Portfolio Recovery Associates, LLC,   PO Box 41067,    Norfolk, VA 23541,
              Portfolio Recovery Associates, LLC,   PO Box 41067,    Norfolk, VA 23541
517635967    E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2019 02:05:07    RMCB,    PO Box 1235,
              Elmsford, NY 10523-0935
518033697   +E-mail/Text: Info@williamsonandbrown.com Feb 20 2019 02:05:52    Williamson and Brown, LLC,
              4691 Clifton Parkway,   Hamburg, NY 14075-3201
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Feb 19, 2019
                              Form ID: 185             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
              Dana M. Hopke    on behalf of Debtor Reginald William Atkins rresq@comcast.net,
               dhopke1@comcast.net
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```