UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re: | Case No.:    18-23758-JKS |
| Reginald Atkins, | Chapter:    13 |
| | Hearing Date:    4/11/2019 |
| Debtor. | Judge:    Sherwood |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 624 East 3rd Avenue (Docket # 46)

_____

Date: 4/10/2019_____          /s/ Denise Carlon_____
                                        Signature

*rev.8/1/15*