DANA M. HOPKE
30 FARLEY PLACE
SHORT HILLS, NJ  07078-3319

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-23758

Re:   REGINALD WILLIAM ATKINS                          Atty:   DANA M. HOPKE
      624 EAST THIRD AVENUE                                    30 FARLEY PLACE
      ROSELLE, NJ  07203                                       SHORT HILLS, NJ  07078-3319

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2018 | $1,490.00 | 5117420000 | 09/17/2018 | $1,490.00 | 5231884000 |
| 11/01/2018 | $1,537.00 | 5355160000 | 03/13/2019 | $1,850.00 | 5699145000 |
| 04/23/2019 | $1,852.00 | 5801290000 | 05/29/2019 | $1,852.00 | 5892155000 |
| 07/01/2019 | $1,852.00 | 5974838000 | 07/29/2019 | $1,850.00 | 6043876000 |
| 08/30/2019 | $1,850.00 | 6135991000 | 10/01/2019 | $1,850.00 | 6218548000 |
| 10/29/2019 | $1,850.00 | 6286751000 | 12/02/2019 | $1,850.00 | 6369418000 |
| 12/31/2019 | $1,850.00 | 6443810000 | | | |

**Total Receipts: $23,023.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $23,023.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 04/15/2019 | $120.16 | 823,425 | 04/15/2019 | $481.00 | 823,425 |
| | 06/17/2019 | $140.14 | 827,435 | 07/15/2019 | $142.66 | 829,282 |
| | 08/19/2019 | $142.66 | 831,240 | 09/16/2019 | $142.51 | 833,266 |
| | 10/21/2019 | $15.33 | 835,281 | 11/18/2019 | $140.73 | 837,369 |
| | 12/16/2019 | $140.73 | 839,307 | 01/13/2020 | $140.73 | 841,181 |
| MIDFIRST BANK | | | | | | |
| | 10/22/2018 | $2,890.60 | 812,165 | 12/17/2018 | $1,449.39 | 815,979 |
| | 04/15/2019 | $1,143.39 | 823,807 | 06/17/2019 | $1,333.51 | 827,780 |
| | 06/17/2019 | $272.79 | 827,780 | 07/15/2019 | $1,357.55 | 829,642 |
| | 07/15/2019 | $277.71 | 829,642 | 08/19/2019 | $1,357.55 | 831,638 |
| | 08/19/2019 | $277.71 | 831,638 | 09/16/2019 | $1,356.08 | 833,641 |
| | 09/16/2019 | $277.41 | 833,641 | 10/21/2019 | $145.87 | 835,673 |
| | 10/21/2019 | $29.84 | 835,673 | 11/18/2019 | $273.94 | 837,739 |
| | 11/18/2019 | $1,339.13 | 837,739 | 12/16/2019 | $273.94 | 839,647 |
| | 12/16/2019 | $1,339.13 | 839,647 | 01/13/2020 | $1,339.13 | 841,535 |
| | 01/13/2020 | $273.94 | 841,535 | | | |
| STATE OF NJ | | | | | | |
| | 10/21/2019 | $1,584.96 | 836,223 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,068.98 | TBD |

**Chapter 13 Case # 18-23758**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 12,607.63 | 100.00% | 0.00 | 12,607.63 |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MIDFIRST BANK | MORTGAGE ARR | 44,874.28 | 100.00% | 15,051.33 | 29,822.95 |
| 0007 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | RMCB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 500.00 | 100.00% | 0.00 | 500.00 |
| 0011 | US DEPARTMENT OF HUD | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WILLIAMSON AND BROWN LLC | UNSECURED | 449.75 | 100.00% | 0.00 | 449.75 |
| 0013 | MIDLAND MORTGAGE | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | ALLY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | CAPITAL ONE AUTO FINANCE | (NEW) Auto Agreed | 4,259.74 | 100.00% | 1,125.65 | 3,134.09 |
| 0016 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | 0.00 |
| 0017 | MIDFIRST BANK | (NEW) MTG Agree | 8,058.12 | 100.00% | 1,957.28 | 6,100.84 |
| 0018 | STATE OF NJ | PRIORITY | 1,584.96 | 100.00% | 1,584.96 | 0.00 |
| 0019 | STATE OF NJ | UNSECURED | 1,492.03 | 100.00% | 0.00 | 1,492.03 |

**Total Paid: $21,269.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $23,023.00   -   Paid to Claims: $20,200.22   -   Admin Costs Paid: $1,068.98   =   Funds on Hand: $1,753.80

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.