DANA M. HOPKE
30 FARLEY PLACE
SHORT HILLS, NJ  07078-3319

Re:  REGINALD WILLIAM ATKINS         Atty:  DANA M. HOPKE
     624 EAST THIRD AVENUE                   30 FARLEY PLACE
     ROSELLE,  NJ  07203                     SHORT HILLS, NJ  07078-3319

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 18-23758

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2018 | $1,490.00 | 5117420000 | 09/17/2018 | $1,490.00 | 5231884000 |
| 11/01/2018 | $1,537.00 | 5355160000 | 03/13/2019 | $1,850.00 | 5699145000 |
| 04/23/2019 | $1,852.00 | 5801290000 | 05/29/2019 | $1,852.00 | 5892155000 |
| 07/01/2019 | $1,852.00 | 5974838000 | 07/29/2019 | $1,850.00 | 6043876000 |
| 08/30/2019 | $1,850.00 | 6135991000 | 10/01/2019 | $1,850.00 | 6218548000 |
| 10/29/2019 | $1,850.00 | 6286751000 | 12/02/2019 | $1,850.00 | 6369418000 |
| 12/31/2019 | $1,850.00 | 6443810000 | 01/31/2020 | $1,850.00 | 6522432000 |
| 03/02/2020 | $1,850.00 | 6602481000 | 04/03/2020 | $1,850.00 | 6686852000 |
| 05/20/2020 | $1,850.00 | 6803787000 | 07/06/2020 | $1,850.00 | 6919249000 |
| 10/29/2020 | $1,850.00 | 7191667000 | 12/01/2020 | $1,850.00 | 7271870000 |
| 01/04/2021 | $1,850.00 | 7344305000 | 02/02/2021 | $1,850.00 | 7425225000 |
| 03/01/2021 | $1,850.00 | 7486305000 | 03/30/2021 | $1,850.00 | 7561082000 |
| 05/03/2021 | $1,850.00 | 7641773000 | 06/07/2021 | $1,850.00 | 7721571000 |
| 07/06/2021 | $1,850.00 | 7789876000 | 08/16/2021 | $1,850.00 | 7880493000 |
| 09/13/2021 | $1,850.00 | 7942728000 | 11/01/2021 | $1,850.00 | 8050214000 |
| 11/01/2021 | $1,850.00 | 8050231000 | 12/01/2021 | $1,850.00 | 8114386000 |
| 01/03/2022 | $1,850.00 | 8182532000 | | | |

**Total Receipts: $60,023.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $60,023.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 04/15/2019 | $120.16 | 823,425 | 04/15/2019 | $481.00 | 823,425 |
| | 06/17/2019 | $140.14 | 827,435 | 07/15/2019 | $142.66 | 829,282 |
| | 08/19/2019 | $142.66 | 831,240 | 09/16/2019 | $142.51 | 833,266 |
| | 10/21/2019 | $15.33 | 835,281 | 11/18/2019 | $140.73 | 837,369 |
| | 12/16/2019 | $140.73 | 839,307 | 01/13/2020 | $140.73 | 841,181 |
| | 02/10/2020 | $140.73 | 843,061 | 03/16/2020 | $140.73 | 844,961 |
| | 04/20/2020 | $140.73 | 846,912 | 05/18/2020 | $133.60 | 848,818 |
| | 07/20/2020 | $133.60 | 852,297 | 08/17/2020 | $137.32 | 854,163 |

**Chapter 13 Case # 18-23758**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/21/2020 | $137.31 | 861,474 | | 01/11/2021 | $137.31 | 863,263 |
| | 02/22/2021 | $99.34 | 864,939 | | 03/15/2021 | $137.31 | 866,792 |
| | 04/19/2021 | $137.32 | 868,473 | | 05/17/2021 | $137.31 | 870,374 |
| | 06/21/2021 | $139.54 | 872,181 | | 07/19/2021 | $139.54 | 873,980 |
| | 08/16/2021 | $139.54 | 875,660 | | 09/20/2021 | $139.54 | 877,392 |
| | 10/18/2021 | $139.54 | 879,172 | | 12/13/2021 | $282.06 | 882,514 |
| | 01/10/2022 | $141.03 | 884,169 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 10/22/2018 | $2,890.60 | 812,165 | | 12/17/2018 | $1,449.39 | 815,979 |
| | 04/15/2019 | $1,143.39 | 823,807 | | 06/17/2019 | $1,333.51 | 827,780 |
| | 06/17/2019 | $272.79 | 827,780 | | 07/15/2019 | $1,357.55 | 829,642 |
| | 07/15/2019 | $277.71 | 829,642 | | 08/19/2019 | $1,357.55 | 831,638 |
| | 08/19/2019 | $277.71 | 831,638 | | 09/16/2019 | $1,356.08 | 833,641 |
| | 09/16/2019 | $277.41 | 833,641 | | 10/21/2019 | $145.87 | 835,673 |
| | 10/21/2019 | $29.84 | 835,673 | | 11/18/2019 | $273.94 | 837,739 |
| | 11/18/2019 | $1,339.13 | 837,739 | | 12/16/2019 | $1,339.13 | 839,647 |
| | 12/16/2019 | $273.94 | 839,647 | | 01/13/2020 | $1,339.13 | 841,535 |
| | 01/13/2020 | $273.94 | 841,535 | | 02/10/2020 | $1,339.13 | 843,420 |
| | 02/10/2020 | $273.94 | 843,420 | | 03/16/2020 | $1,339.13 | 845,341 |
| | 03/16/2020 | $273.94 | 845,341 | | 04/20/2020 | $1,339.13 | 847,279 |
| | 04/20/2020 | $273.94 | 847,279 | | 05/18/2020 | $1,271.32 | 849,126 |
| | 05/18/2020 | $260.07 | 849,126 | | 07/20/2020 | $1,271.33 | 852,643 |
| | 07/20/2020 | $260.07 | 852,643 | | 08/17/2020 | $1,306.65 | 854,499 |
| | 08/17/2020 | $267.30 | 854,499 | | 12/21/2020 | $1,306.64 | 861,820 |
| | 12/21/2020 | $267.30 | 861,820 | | 01/11/2021 | $1,306.64 | 863,572 |
| | 01/11/2021 | $267.30 | 863,572 | | 02/22/2021 | $945.24 | 865,326 |
| | 02/22/2021 | $193.37 | 865,326 | | 03/15/2021 | $1,306.64 | 867,115 |
| | 03/15/2021 | $267.30 | 867,115 | | 04/19/2021 | $1,306.64 | 868,853 |
| | 04/19/2021 | $267.30 | 868,853 | | 05/17/2021 | $1,306.64 | 870,726 |
| | 05/17/2021 | $267.30 | 870,726 | | 06/21/2021 | $1,327.83 | 872,539 |
| | 06/21/2021 | $271.63 | 872,539 | | 07/19/2021 | $1,327.83 | 874,316 |
| | 07/19/2021 | $271.63 | 874,316 | | 08/16/2021 | $1,327.83 | 876,006 |
| | 08/16/2021 | $271.63 | 876,006 | | 09/20/2021 | $1,327.82 | 877,762 |
| | 09/20/2021 | $271.63 | 877,762 | | 10/18/2021 | $1,327.83 | 879,507 |
| | 10/18/2021 | $271.63 | 879,507 | | 12/13/2021 | $2,683.91 | 882,836 |
| | 12/13/2021 | $549.05 | 882,836 | | 01/10/2022 | $1,341.95 | 884,484 |
| | 01/10/2022 | $274.52 | 884,484 | | | | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | | | | | | | |
| | 02/22/2021 | $473.31 | 865,396 | | | | |
| STATE OF NJ | | | | | | | |
| | 10/21/2019 | $1,584.96 | 836,223 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,527.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 12,607.63 | 100.00% | 0.00 | 12,607.63 |
| 0002 | CAINE & WEINER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MIDFIRST BANK | MORTGAGE ARRE | 44,874.28 | 100.00% | 41,061.46 | 3,812.82 |
| 0007 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | RMCB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 500.00 | 100.00% | 0.00 | 500.00 |
| 0011 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WILLIAMSON AND BROWN LLC | UNSECURED | 449.75 | 100.00% | 0.00 | 449.75 |
| 0013 | MIDLAND MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-23758**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0014 | ALLY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | CAPITAL ONE AUTO FINANCE | (NEW) Auto Agreed | 4,259.74 | 100.00% | 3,859.05 | 400.69 |
| 0016 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | 0.00 |
| 0017 | MIDFIRST BANK | (NEW) MTG Agree | 8,058.12 | 100.00% | 7,278.13 | 779.99 |
| 0018 | STATE OF NJ | PRIORITY | 1,584.96 | 100.00% | 1,584.96 | 0.00 |
| 0019 | STATE OF NJ | UNSECURED | 1,492.03 | 100.00% | 0.00 | 1,492.03 |
| 0020 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 473.31 | 100.00% | 473.31 | 0.00 |

**Total Paid:  $58,265.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $60,023.00        -    Paid to Claims: $54,737.91    -    Admin Costs Paid: $3,527.59    =    Funds on Hand: $1,757.50

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.