# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
bnicholas@kmllawgroup.com
MidFirst Bank

CASE NO. 18-23758 JKS
CHAPTER 13
Judge: John K. Sherwood

In re:

Reginald William Atkins

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/30/1998

I, __Leah Pattison__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on _July 6, 1998_ in Union County, in Book 6747, at Page 0069.
Property Address: 624 East 3rd Avenue, Roselle NJ 07203.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Reginald William Atkins

POST-PETITION PAYMENTS (Petition filed on July 10, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 04/25/2019 | | | | | - |
| $1,811.83 | 05/01/2019 | 05/2019 | $1,811.83 | 05/23/2019 | - |
| $1,811.83 | 06/01/2019 | 06/2019 | $1,811.83 | 05/30/2019 | - |
| $1,811.83 | 07/01/2019 | 07/2019 | $1,811.83 | 07/02/2019 | - |
| $1,811.83 | 08/01/2019 | 08/2019 | $1,811.83 | 07/22/2019 | - |
| $1,811.83 | 09/01/2019 | 09/2019 | $1,811.83 | 08/29/2019 | - |
| $1,809.14 | 10/01/2019 | 10/2019 | $1,811.83 | 09/27/2019 | $2.69 |
| $1,809.14 | 11/01/2019 | 11/2019 | $1,811.83 | 10/29/2019 | $5.38 |
| $1,809.14 | 12/01/2019 | 12/2019 | $1,811.00 | 12/02/2019 | $7.24 |
| $1,809.14 | 01/01/2020 | 01/2020 | $1,811.00 | 12/30/2019 | $9.10 |
| $1,809.14 | 02/01/2020 | 02/2020 | $1,809.14 | 01/30/2020 | $9.10 |
| $1,809.14 | 03/01/2020 | 03/2020 | $1,809.14 | 02/26/2020 | $9.10 |
| $1,809.14 | 04/01/2020 | 04/2020 | $1,811.83 | 04/27/2020 | $11.79 |
| | | COVID-19 Forbearance Agreement | | | |
| | | To Suspense | $1,611.09 | 12/31/2021 | $1,622.88 |
| | | To Suspense | $1,695.81 | 02/28/2022 | $3,318.69 |
| $1,809.14 | 05/01/2020 | 05/2020 | From Suspense | 02/28/2022 | $1,509.55 |
| | | To Suspense | $1,695.81 | 03/31/2022 | $3,205.36 |
| $1,809.14 | 06/01/2020 | 06/2020 | From | 03/31/2022 | $1,396.22 |

|  |  |  | Suspense |  |  |
|---|---|---|---|---|---|
|  |  | To Suspense | $1,695.81 | 05/02/2022 | $3,092.03 |
| $1,809.14 | 07/01/2020 | 07/2020 | From Suspense | 05/02/2022 | $1,282.89 |
|  |  | To Suspense | $1,695.81 | 06/06/2022 | $2,978.70 |
| $1,809.14 | 08/01/2020 | 08/2020 | From Suspense | 06/06/2022 | $1,169.56 |
|  |  | To Suspense | $1,700.00 | 07/06/2022 | $2,869.56 |
| $1,809.14 | 09/01/2020 | 09/2020 | From Suspense | 07/06/2022 | $1,060.42 |
|  |  | To Suspense | $1,700.00 | 08/08/2022 | $2,760.42 |
| $1,773.63 | 10/01/2020 | 10/2020 | From Suspense | 08/08/2022 | $986.79 |
|  |  | To Suspense | $1,700.00 | 09/01/2022 | $2,686.79 |
| $1,773.63 | 11/01/2020 | 11/2020 | From Suspense | 09/01/2022 | $913.16 |
|  |  | To Suspense | $1,700.00 | 10/04/2022 | $2,613.16 |
| $1,773.63 | 12/01/2020 | 12/2020 | From Suspense | 10/04/2022 | $839.53 |
| $1,773.63 | 01/01/2021 |  | $0.00 |  | $839.53 |
| $1,773.63 | 02/01/2021 |  | $0.00 |  | $839.53 |
| $1,773.63 | 03/01/2021 |  | $0.00 |  | $839.53 |
| $1,773.63 | 04/01/2021 |  | $0.00 |  | $839.53 |
| $1,773.63 | 05/01/2021 |  | $0.00 |  | $839.53 |
| $1,773.63 | 06/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 07/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 08/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 09/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 10/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 11/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 12/01/2021 |  | $0.00 |  | $839.53 |
| $1,695.81 | 01/01/2022 |  | $0.00 |  | $839.53 |
| $1,695.81 | 02/01/2022 |  | $0.00 |  | $839.53 |
| $1,695.81 | 03/01/2022 |  | $0.00 |  | $839.53 |
| $1,695.81 | 04/01/2022 |  | $0.00 |  | $839.53 |
| $1,695.81 | 05/01/2022 |  | $0.00 |  | $839.53 |
| $1,695.81 | 06/01/2022 |  | $0.00 |  | $839.53 |
| $1,692.30 | 07/01/2022 |  | $0.00 |  | $839.53 |
| $1,692.30 | 08/01/2022 |  | $0.00 |  | $839.53 |
| $1,692.30 | 09/01/2022 |  | $0.00 |  | $839.53 |
| $1,692.30 | 10/01/2022 |  | $0.00 |  | $839.53 |
| **Total Due: $73,850.42** | | **Total Received: $36,929.25** | | **Arrears: $36,921.17** | |

Continue on attached sheets if necessary.

Monthly payments past due: 6 mos. X $1,773.63, 12 mos. X $1,695.81, 4 mos. X $1,692.30
Arrears: $36,921.17

Each current monthly payment is comprised of:
    Principal and Interest:  $754.73_____
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $937.57_____ (Specify: Escrow)
    TOTAL  $1,692.30_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change: Filed 08/27/2019 effective 10/01/2019, Filed 08/14/2020 effective 10/01/2020, Filed 05/25/2021 effective 07/01/2021, Filed 05/24/2022 effective 07/01/2022

PRE-PETITION ARREARS: $44,874.28

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10-23-2022

Signature

**Leah Pattison    Vice President**