| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.: 18-23758 |
| IN RE:<br><br>REGINALD WILLIAM ATKINS | Adv. No.:<br><br>Hearing Date: 01/12/2023<br><br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/29/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
REGINALD WILLIAM ATKINS
624 EAST THIRD AVENUE
ROSELLE, NJ  07203
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DANA M. HOPKE
30 FARLEY PLACE
SHORT HILLS, NJ  07078-3319
Mode of Service:  ECF and/or Regular Mail

Dated:  November 29, 2022

By:  /S/  Keith Guarneri
Keith Guarneri