Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23758−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginald William Atkins
   624 East Third Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−0705

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/16/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 17, 2023
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 18-23758-JKS
Reginald William Atkins                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Feb 17, 2023      Form ID: 148      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald William Atkins, 624 East Third Avenue, Roselle, NJ 07203-1557 |
| 517817345 | + | CONTINENTAL FINANCE, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 517635962 | + | Capital One Auto Finance, 2525 Corporate Place, Suite 250, Monterey Park, CA 91754-7676 |
| 517635963 | + | Cynthia Atkins, 624 East 3rd Avenue, Roselle, NJ 07203-1557 |
| 517635966 | | Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |
| 518468394 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518033697 | + | Williamson and Brown, LLC, 4691 Clifton Parkway, Hamburg, NY 14075-3201 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Feb 18 2023 01:34:00 | CAPITAL ONE Auto Finance a division of Capital One, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517640293 | | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517635960 | | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Financial Auto Loan, PO Box 9001951, Louisville, KY 40290-1951 |
| 517635961 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 17 2023 20:41:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 517665404 | + | EDI: AISACG.COM | Feb 18 2023 01:34:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 517648658 | + | EDI: AISACG.COM | Feb 18 2023 01:34:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517756897 | + | EDI: AISMIDFIRST | Feb 18 2023 01:34:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517635965 | + | EDI: AISMIDFIRST | Feb 18 2023 01:34:00 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519116843 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 17 2023 20:42:00 | New York State Department of Taxation & |

Case 18-23758-JKS  Doc 77  Filed 02/19/23  Entered 02/20/23 00:13:27  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 517969796 | | EDI: PRA.COM | Feb 18 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517969797 | | EDI: PRA.COM | Feb 18 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517635967 | | Email/Text: bkrpt@retrievalmasters.com | Feb 17 2023 20:42:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517655535 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 17 2023 20:45:07 | U.S. Department of Housing and Urban Development, 451 7th St., S.W., Washington DC 20410-0002 |
| 517635968 | + | EDI: WFFC2 | Feb 18 2023 01:34:00 | Wells Fargo Bank Card, PO Box 14517, Des Moines, IA 50306-3517 |
| 517723172 | | EDI: WFFC2 | Feb 18 2023 01:34:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517635964 | ##+ | KLM Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dana M. Hopke | on behalf of Debtor Reginald William Atkins rresq@comcast.net dhopke1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 24 |

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7